# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH D. LeBEL,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>JOHN ASHCROFT, Attorney General of the United States,<br><br>　　　　　　　Defendant. | Case No. 00cv1216-LAB<br><br>**ORDER REQUIRING PARTIES TO MEET AND CONFER** |

According to plaintiff Deborah D. LeBel, a former employee of the Immigration and Naturalization Service, this employment discrimination case resulted in a settlement of the action in March 2002 before the undersigned District Judge while he was serving in his previous capacity as a Magistrate Judge, to whom the case was referred for all purposes, including enforcement of the settlement agreement, although the temporal scope of that retention of jurisdiction may be an issue. At the time of the settlement, defendant was represented by Assistant United States Attorney Cindy M. Cipriani, Esq. On January 3, 3008, Ms. LeBel, no longer represented by counsel, contacted the court telephonically to request its intervention to enforce certain provisions of the parties' settlement agreement.

In consideration of Ms. LeBel's *pro se* status and the parties' need to evaluate the nature and extent of their dispute before the court can effectively participate in any resolution, **IT IS HEREBY ORDERED**:

1. Within twenty (20) days of the date this Order is entered, counsel from the United States Attorney's Office shall contact Ms. LeBel to schedule a Meet and Confer session, to occur before January 31, 2008, for the purpose of attempting to resolve any dispute regarding performance of the

settlement agreement without the need for court intervention. Ms. LeBel has provided the court with the following contact information: **Deborah D. LeBel, 12301 Lemon Crest Drive, Lakeside, CA 92040, Tel.: (619) 443-7216.**

2.      The parties shall promptly inform the court in a joint filing of the results of their Meet and Confer, describing the status of any identified dispute and proposing a resolution process if necessary.

3.      The Clerk of Court is instructed to mail a copy of this Order to Ms. LeBel at the address noted above and to serve a copy on the United States Attorneys' Office in San Diego directed to the attention of Cindy M. Cipriani, Esq.

**IT IS SO ORDERED**.

DATED: January 3, 2008

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge